**FILED**
**SEPTEMBER 9, 2010**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
SEP 01 2010
Sep 1, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

MILAN KNOX

v.

OFC. LUKE #128 of Sauk Village P.D.

**Defendant(s)**

City of Sauk Village

10CV5561
JUDGE DOW JR.
MAG. JUDGE SCHENKIER

## COMPLAINT

Officer Luke, star #128, a member of Sauk Village Police Dept. on April, 30, 2010. Sauk Village Police Officer Luke and some unknown officers pryed my front open of my residence, and put a big hole in the other door. came into my home without a search warrant. Officer Luke searched my home, room by room. I was harrassed, intimidated, and extorted by OFC. Luke. This action arised under the U.S. Constitution and Civil Rights Act of 1871 [42 USC Sec. 1983] violation of XIV Amendment.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Milan Knox

Case No.

v.

OFC. Luke #128 of
Sauk Village P.D.
City of Sauk Village   Defendant(s)

Search of my residence for Drugs on April 30, 2010. Each search of an individual or container, state the reason is applicable, and unit of assignment of each law enforcement officer or supervisor who instructed or worked with OFC. Luke to conduct such search or otherwise participated in the search.

Exhit A. - (pictures) will be attached

Milan Knox
22227 Brookwood DR
Sauk Village Il 60411

Milan Knox
9-01-10







