# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Milan Knox

                    Plaintiff,

v.                                          Case No.: 1:10–cv–05561

                                                Honorable Robert M. Dow Jr.

Unknown Officers, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 1/12/2012. By agreement, MOTION by Defendants Sgt. Rosario, Lt. Blair, Inv. O'Reilly, Inv. Gordon, Inv. Lucente, Inv. Aquirre, Inv. Bucio, Cook County Sheriff, Inv. Jeffries, Cook County, Inv. Kogut, Inv. Sandoval, Inv. M Gleason, Inv. Bador, Inv. Comer, Inv. Di Hernandez to dismiss [29] is stricken without prejudice. Case is being referred to Magistrate Judge Schenkier for settlement conference. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.