UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILAN KNOX, ) | |
| ) | |
| Plaintiff, ) | 10 C 5561 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Robert M. Dow, Jr. |
| INV. M. GLEASON, LT. BLAIR, ) | |
| SGT. ROSARIO, INV. AQUIRRE, INV. COMER ) | Magistrate Judge Schenkier |
| INV. JEFFRIES, INV. KOGUT, ) | |
| INV. DI HERNANDEZ, INV. LUCENTE, ) | |
| INV. URBANCIK, INV. GORDON, ) | |
| INV. O'REILLY, INV. BADOR, INV. BUCIO, ) | |
| INV. SANDOVAL, THE COOK COUNTY ) | |
| SHERIFF, and COUNTY OF COOK, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

IT IS HERBEBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, pursuant to the Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed without prejudice as to all counts against all Defendants, with leave to reinstate on or before May 11, 2012. In the event a motion to reinstate is not filed on or before May 11, 2012, the case shall be deemed dismissed with prejudice without further order of the court. Each party is to bear its own fees and costs in connection with this litigation

Respectfully submitted on April 27, 2012 by:

FOR THE PLAINTIFF:                              FOR DEFENDANT COOK COUNTY:

                                                ANITA ALVAREZ
                                                State's Attorney of Cook County

_____
JOHN GREENLEES
McDermott &McDermott, LLP
600 Holiday Plaza Drive, Suite 500
Matteson, IL 60443
Tel: (708) 747-9440

_____
LILIANNA M. KALIN
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
Tel: (312) 603-2721


FOR DEFENDANT CALUMET CITY:


_____
RICHARD BRUEN
Odelson & Sterk, LTD
3318 WEST 95TH STREET
EVERGREEN PARK, IL 60805
Tel: (708) 424-5678